IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:10cr013

MARK RUTLEDGE,

    JUDGE WALTER HERBERT RICE

    Defendant.

---

DECISION AND ENTRY FINDING ALLEGATION SET FORTH IN PETITION DIRECTING DEFENDANT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED (DOC. #63) NOT PROVEN; SENTENCING DATE SET

---

On October 20, 2011, the Defendant appeared in open Court for a further hearing on the Petition filed June 21, 2011 (Doc. #63), directing him to show cause why his bond should not be revoked. Pursuant to proceedings had on that date and on prior occasions when the above referenced matter came on for hearing and/or discussion between Court and counsel, this Court enters a finding of not proven as to said allegation. The Petition is, accordingly, dismissed.

Sentencing will be held, in open Court, on November 29, 2011, at 10:00 a.m.

October 26, 2011
    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

William Schenck, AUSA
Cheryll Bennett, Esq.
Melissa Dues, U.S. Probation Officer
Patrick Kennedy, U.S. Pretrial Services Officer