IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK RUTLEDGE,

    Defendant.

Case No. 3:10cr013

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME OR TO IMPOSE ANY SANCTIONS; DEFENDANT RESTORED TO SUPERVISED RELEASE; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On September 19, 2012, the Defendant, having previously been found in violation of his supervised release which began January 31, 2012, appeared in open Court for final disposition.

Pursuant to the record made in open Court, on the aforesaid September 19, 2012, this Defendant determined neither to revoke the Defendant's supervised release nor to impose any punitive sanctions. Accordingly, the Defendant was restored to full status on his supervised release, subject to any and all undischarged conditions of that status.

Following the above, the Defendant was orally explained his right of appeal, and he has indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

October 1, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Cheryll Bennett, Esq.
Laura Sebulsky, U.S. Probation Officer